**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LEGATUS, et al.,

    Plaintiffs,

v.                                        Case No. 12-12061

KATHLEEN SEBELIUS, et al.,

    Defendants.
                                        /

**ORDER TERMINATING PLAINTIFF'S EMERGENCY
MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs moved for a temporary restraining order on July 25, 2012. After two off-the-record telephonic conferences initiated by the court, Plaintiffs and the Government submitted a Stipulated Agreement that proposed converting Plaintiffs' motion for a temporary restraining order to a motion for a preliminary injunction. The court preferred Plaintiffs file a separate motion for a preliminary injunction and issued an order directing Plaintiffs to do so. The order further mandated that, because the parties agreed the motion for a temporary restraining order should continue as a preliminary injunction motion, the court would terminate as moot Plaintiffs' motion for a temporary restraining order when Plaintiffs moved for a preliminary injunction. Plaintiffs filed a motion for a preliminary injunction on August 15, 2012. Accordingly,

IT IS SO ORDERED that Plaintiffs' Emergency Motion for Temporary Restraining Order [Dkt. # 9] is TERMINATED.

      s/Robert H. Cleland              
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 17, 2012


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 17, 2012, by electronic and/or ordinary mail.

      s/Lisa Wagner                  
Case Manager and Deputy Clerk
(313) 234-5522