Case No. 13-1092

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

LEGATUS; DANIEL WEINGARTZ; WEINGARTZ SUPPLY COMPANY

      Plaintiffs - Appellees

v.

KATHLEEN SEBELIUS, in her official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SETH D. HARRIS, in his official capacity as Acting Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR; JACOB J. LEW, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY

      Defendants - Appellants

  Upon consideration of appellants' motion to stay the filing of supplemental briefs,

as requested by the panel, in light of lapse of appropriations,

  It is **ORDERED** that the motion be and it hereby is, **GRANTED**.

                              **ENTERED BY ORDER OF THE COURT**
                              Deborah S. Hunt, Clerk

Issued: October 09, 2013

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 09, 2013

Ms. Alisa B. Klein
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Erin Elizabeth Mersino
Thomas More Law Center
P.O. Box 393
Ann Arbor, MI 48106

Re: Case No. 13-1092, *Legatus, et al v. Kathleen Sebelius, et al*
Originating Case No. : 2:12-cv-12061

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Ms. Brigitte Amiri
Mr. John J. Bursch
Ms. Kimberlee Wood Colby
Mr. Michael Anthony Cox
Mr. Charles E. Davidow
Mr. Robert Charles Davis
Mr. Robert Anthony Destro
Ms. Deborah Jane Dewart

    Mr. Noel J. Francisco
    Mr. Adam C. Jed
    Mr. Lawrence J. Joseph
    Ms. Ayesha N. Khan
    Mr. Joel J. Kirkpatrick
    Mr. Gregory M. Lipper
    Mr. Frederick Dickson Nelson
     Caitlin E. O'Connell
    Mr. Bernard Eric Restuccia
    Mr. D. John Sauer
    Mr. Bruce Harvey Schneider
    Ms. Mailee Rebecca Smith
    Mr. Mark B. Stern
    Mr. David J. Weaver

Enclosure