**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LEGATUS, et al.,

    Plaintiffs,

v.       Case No. 12-12061

KATHLEEN SEBELIUS, et al.,

    Defendants.
                                       /

**PRELIMINARY INJUNCTION ORDER**

In accordance with the court's December 20, 2013, opinion and order granting Legatus's motion for preliminary injunction, the court hereby GRANTS a preliminary injunction in favor of Legatus.

Legatus sought preliminary injunctive relief under the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb *et seq.* claiming that the regulations at issue violated Legatus's exercise of religion. The balance of harms tips strongly in favor of Legatus. Legatus has shown that there is a risk that the regulations will substantially infringe on its sincere exercise of religious beliefs, thereby causing irreparable injury. On January 1, 2014, the regulations would be enforced against Legatus in the absence of a preliminary injunction. The Government will suffer comparatively minimal harm if an injunction is granted. A preliminary injunction is therefore warranted.

Accordingly, Defendants, their agents, officers, and employees, in addition to Legatus's insurance provider Blue Cross/Blue Shield of Michigan, and any requirement that Legatus provide contraception, abortifacients, or related education and counseling

in its employee health plans contrary to its religious objections, are hereby ENJOINED from any application or enforcement thereof against Legatus, including the substantive requirements imposed in 42 U.S.C. § 300gg-13(a)(4), Pub. L. 111-148, § 1563(e)–(f), the application of the penalties found in 26 U.S.C. §§ 4980D & 4980H and 29 U.S.C. § 1132, and any determination that any requirement is applicable to Legatus.

      s/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 20, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522