Nos. 14-1183/1310
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| 14-1183 | ) | |
| | ) | **FILED** |
| WEINGARTZ SUPPLY COMPANY; LEGATUS; DANIEL WEINGARTZ, | ) ) | May 05, 2014 |
| | ) | DEBORAH S. HUNT, Clerk |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KATHLEEN SEBELIUS; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; HILDA L. SOLIS; UNITED STATES DEPARTMENT OF LABOR; TIMOTHY GEITHNER; DEPARTMENT OF THE TREASURY, | ) ) ) ) ) | |
| Defendants-Appellants. | ) | O R D E R |
| 14-1310 | ) | |
| | ) | |
| AVE MARIA FOUNDATION; AVE MARIA COMMUNICATIONS; DOMINO'S FARMS PETTING FARM; RHODORA J. DONAHUE ACADEMY, INC.; THOMAS MORE LAW CENTER | ) ) ) ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KATHLEEN SEBELIUS; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THOMAS E. PEREZ; DEPARTMENT OF THE TREASURY; JACK LEW; U.S. DEPARTMENT OF LABOR | ) ) ) ) ) | |
| Defendants-Appellants. | ) | |

The defendants-appellants move for the consolidation of these appeals and to hold briefing in abeyance pending the resolution of *Catholic Diocese of Nashville v. Sebelius*, No. 13-6440, and *Michigan Catholic Conference v. Sebelius*, No. 13-2373. The plaintiffs-appellees do not oppose consolidation but do oppose abeyance. The defendants-appellants reply in support.

Upon review and consideration, the motion to consolidate and to hold briefing in abeyance is GRANTED. The defendants-appellants are directed to file a notification upon issuance of the decision in Nos. 13-6440 and 13-2373.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 05, 2014

Mr. Adam C. Jed
Mr. Erin Kuenzig
Ms. Erin Elizabeth Mersino

Re: Case No. 14-1183/14-1310, *Weingartz Supply Company, et al v. Kathleen Sebelius, et al / Ave Maria Foundation, et al v. Kathleen Sebelius, et al.*
Originating Case No. : 2:12-cv-12061

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Laura A. Jones
Case Manager
Direct Dial No. 513-564-7023

cc: Ms. Alisa B. Klein
Mr. Patrick Nemeroff
Mr. Mark B. Stern
Mr. David J. Weaver

Enclosure