Case No. 13-1092

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

LEGATUS; DANIEL WEINGARTZ; WEINGARTZ SUPPLY COMPANY

      Plaintiffs - Appellees

v.

KATHLEEN SEBELIUS, in her official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SETH D. HARRIS, in his official capacity as Acting Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR; JACOB J. LEW, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY

      Defendants - Appellants

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

      **ENTERED BY ORDER OF THE COURT**
      Deborah S. Hunt, Clerk

Issued: November 18, 2014

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 18, 2014

Ms. Alisa B. Klein
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Erin Elizabeth Mersino
Thomas More Law Center
P.O. Box 393
Ann Arbor, MI 48106

                  Re:  Case No. 13-1092, *Legatus, et al v. Kathleen Sebelius, et al*
                          Originating Case No. : 2:12-cv-12061

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                                              Sincerely yours,

                                              s/Jill Colyer
                                              Case Manager
                                              Direct Dial No. 513-564-7024

cc:  Ms. Brigitte Amiri
      Mr. John J. Bursch
      Ms. Kimberlee Wood Colby
      Mr. Michael Anthony Cox
      Mr. Charles E. Davidow
      Mr. Robert Charles Davis
      Mr. Robert Anthony Destro
      Ms. Deborah Jane Dewart

Mr. Noel J. Francisco
Mr. Adam C. Jed
Mr. Lawrence J. Joseph
Ms. Ayesha N. Khan
Mr. Joel J. Kirkpatrick
Mr. Gregory M. Lipper
Mr. Frederick Dickson Nelson
 Caitlin E. O'Connell
Mr. Bernard Eric Restuccia
Mr. D. John Sauer
Mr. Bruce Harvey Schneider
Ms. Mailee Rebecca Smith
Mr. Mark B. Stern
Mr. David J. Weaver

Enclosure

No mandate to issue