IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LEGATUS; WEINGARTZ SUPPLY COMPANY; and DANIEL WEINGARTZ, President of Weingartz Supply Company, | Case No.: 2:12-cv-12061-RHC-MJH |
| | Judge Robert H. Cleland |
| Plaintiffs, | Magistrate Judge Michael Hluchaniuk |
| v. | |
| SYLVIA BURWELL, *et al.*, | |
| Defendants. | |
| _____/ | |

### JOINT MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT AS TO PLAINTIFFS WEINGARTZ SUPPLY COMPANY AND DANIEL WEINGARTZ

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties jointly agree that judgment should be entered in favor of Plaintiffs Weingartz Supply Company and Daniel Weingartz on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered with respect to Plaintiff Weingartz Supply Company, that all other claims brought by Plaintiffs Weingartz Supply Company and Daniel Weingartz against defendants should be dismissed, and that the deadline for any petition by Plaintiffs Weingartz Supply Company and Daniel Weingartz for attorneys' fees or costs should be extended. Accordingly, the parties respectfully request that the Court enter the attached Injunction and Judgment as to Plaintiffs Weingartz Supply

Company and Daniel Weingartz, which has been agreed to by all parties. This joint motion, and the attached injunction and judgment, relates to the claims of Plaintiffs Weingartz Supply Company and Daniel Weingartz only and does not affect Plaintiff Legatus' claims in any way.

Respectfully submitted this 9th day of December, 2014,

*Attorneys for Plaintiffs*

　s/ Erin Elizabeth Mersino
Erin Elizabeth Mersino
THOMAS MORE LAW CENTER
P.O. Box 393
24 Frank Lloyd Wright Drive
Ann Arbor, MI 48106
(734) 827-2001
Fax: (734) 930-7160
Email: emersino@thomasmore.org



*Attorneys for Defendants*

JOYCE R. BRANDA
Acting Assistant Attorney General

BARBARA L. McQUADE
United States Attorney

JENNIFER RICKETTS
Director

SHEILA M. LIEBER
Deputy Director

3

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7310
Washington, D.C.  20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

    /s/ Michelle R. Bennett
MICHELLE R. BENNETT
Trial Attorney