UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEGATUS, et al.,

    Plaintiffs,

v.                                  Case No. 12-12061

SYLVIA BURWELL, et al.,

    Defendants.
                                           /

**ORDER**

On December 31, 2014, the court issued an injunction and order in this case, which directed the parties to meet and confer to attempt to reach agreement on attorneys' fees and costs with respect to Plaintiffs Weingartz Supply Company and Daniel Weingartz's claims, and to file a joint status report no later than February 9, 2015. (Dkt. # 98, Pg. ID 1448.) The parties filed a joint status report on February 9, 2015 notifying the court that they have made progress towards an agreement and requesting an additional sixty days to negotiate the issue of attorneys' fees and costs. (Dkt. # 99, Pg. ID 1450.) Accordingly,

IT IS ORDERED that the parties shall filed a joint status report no later than **April 15, 2015**, notifying the court about their progress in reaching an agreement on attorneys' fees and costs with respect to Plaintiffs Weingartz Supply Company and Daniel Weingartz's claims.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: February 22, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 22, 2015, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522