Nos. 14-1183/1310

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| 14-1183 | ) | |
| | ) | |
| WEINGARTZ SUPPLY COMPANY; LEGATUS; DANIEL WEINGARTZ, | ) ) ) | **FILED** Nov 09, 2017 DEBORAH S. HUNT, Clerk |
| Plaintiffs-Appellees, | ) ) | |
| v. | ) ) | |
| KATHLEEN SEBELIUS; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; HILDA L. SOLIS; UNITED STATES DEPARTMENT OF LABOR; TIMOTHY GEITHNER; DEPARTMENT OF THE TREASURY, | ) ) ) ) ) ) ) | |
| Defendants-Appellants. | ) ) | O R D E R |
| 14-1310 | ) ) | |
| AVE MARIA FOUNDATION; AVE MARIA COMMUNICATIONS; DOMINO'S FARMS PETTING FARM; RHODORA J. DONAHUE ACADEMY, INC.; THOMAS MORE LAW CENTER | ) ) ) ) ) ) | |
| Plaintiffs-Appellees, | ) ) | |
| v. | ) ) | |
| KATHLEEN SEBELIUS; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THOMAS E. PEREZ; DEPARTMENT OF THE TREASURY; JACK LEW; U.S. DEPARTMENT OF LABOR | ) ) ) ) ) ) ) | |
| Defendants-Appellants. | ) | |

Before: GUY, BATCHELDER, and MOORE, Circuit Judges.

The appellants in these consolidated appeals move for voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b).

Nos. 14-1183/1310
- 2 -

Upon review and consideration, the motion is GRANTED. These appeals are dismissed.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 09, 2017

Ms. Megan Barbero

Mr. Adam C. Jed

Ms. Alisa B. Klein

Mr. Patrick Nemeroff

Ms. Kate Margaret-O'Reil Oliveri

Mr. Joshua Marc Salzman

Mr. Mark B. Stern

Mr. Richard Thompson

Re: Case No. 14-1183/14-1310, *Weingartz Supply Company, et al v. Kathleen Sebelius, et al/Ave Maria Foundation, et al v. Kathleen Sebelius, et al*
Originating Case No. : 2:12-cv-12061

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. David J. Weaver

Enclosure

No mandate to issue